THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ALBERT W. WOLTER, Appellant.

Appeal — capital case — inexcusable delay.

Where there is inexcusable delay in the prosecution of an appeal in a
capital case the Court of Appeals will take such steps as may be neces-
sary, either by assignment of new counsel or otherwise, to protect the
interests of the defendant and at the same time those of the public.

(Argued February 6, 1911; decided February 9, 1911.)

MOTION for affirmance by default of an appeal from a judg-
ment of the Court of General Sessions of the Peace in the county
of New York, rendered April 27, 1910, upon a verdict convict-
ing the defendant of the crime of murder in the first degree.

The motion was made upon the ground that the appeal
had not been brought on for argument within six months of
the time of taking thereof.

*Charles S. Whitman, District Attorney (Robert C. Taylor*
of counsel), for motion.

*Wallace D. Scott* opposed.

*Per Curiam.* This motion for judgment of affirmance by
default, in consequence of the inexcusable delay of counsel
for the defendant in bringing the appeal to argument, will be
denied for the present in order to afford them a still further
opportunity to discharge their duty in the premises. The
motion may be renewed, however, by the district attorney
unless counsel for the defendant shall have filed the necessary
papers and briefs within forty days from this date, which
time is allowed for that purpose. In the event of a renewal
of this motion being necessary the district attorney will fur-
nish the court with a copy of the judgment roll and the
original stenographer's minutes, and the court will take such
steps as may then be necessary, either by the assignment of
new counsel or otherwise, to protect the interests of the
defendant and at the same time those of the public.

CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK,
CHASE and COLLIN, JJ., concur; HAIGHT, J., concurs in result.

Motion denied.